William B. Bird, Appellee, v. Frank O. Lowden et al., Trustees of Chicago Rock Island and Pacific Railway Company, Appellants.

Gen. No. 41,085.

opinion

filed March 11, 1941; rehearing denied March 27, 1941. Harry E. Boe and Daniel Taylor, for appellants; Milton V. Thompson, of counsel; H. A. Barnhardt, for appellee. Opinion by Justice John J. Sullivan. ''Not to be published in full.'' .